IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. BANIS | ) |
| Plaintiff, | ) CIVIL ACTION NO: 06-1587 |
| vs. | ) |
| | ) The Honorable Gary L. Lancaster |
| GREAT SENECA FINANCIAL | ) Mag. Judge Robert C. Mitchell |
| CORPORATION and WOLPOFF & | ) |
| ABRAMSON, L.L.P. | ) Electronically Filed |
| Defendants. | |

## AMENDED STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between counsel for the parties hereto that the instant action be and is hereby dismissed with prejudice.

IT IS HEREBY STIPULATED by and between counsel for each party to pay their own costs and attorney fees. Please mark the docket accordingly.

Date: March 6, 2007

STIPULATED AND AGREED:

/s/Jeffrey L. Suher
Jeffrey L. Suher (PA I.D. No 74924)
4328 Old William Penn Highway, Suite 2J
Monroeville, PA 15146
(412) 374-9005
*Attorney for Plaintiff*

/s/Ronald S. Canter
Ronald S. Canter, Esquire (PA I.D. No 94000)
Two Irvington Centre
702 King Farm Blvd.
Rockville, MD 20850-5775
(240) 386-3000
*Attorney for Defendants*

SO ORDERED, this 6 day of March, 2007.

Gary L. Lancaster, U.S. District Judge